PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
ANN L. MALEY, CSBN 176877
Special Assistant United States Attorney
    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-8974
    Facsimile: (415) 744-0134
    Email: ann.maley@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE L. WOLFF, | No. 2:15-cv-1899-DB |
| Plaintiff, | **STIPULATION AND ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)** |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that WOLFF ("Plaintiff") be awarded attorney fees and expenses in the amount of EIGHT THOUSAND SEVEN HUNDRED dollars ($8,700) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d).  This amount represents compensation

1

for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to Plaintiff's counsel Jared Walker. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Jared Walker, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel Jared Walker.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel Jared Walker including Jared Walker's law firm may have relating to EAJA attorney fees in connection with this action.

///
///
///

This award is without prejudice to the rights of Jared Walker and/or Jared Walker's firm to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Respectfully submitted,

Dated: *5/22/17*  LAW OFFICES OF JARED WALKER

By: */s/ Jared Walker*
  JARED WALKER
  *\* By email authorization on 5/22/17*
  Attorneys for Plaintiff

Dated: *5/22/17*  PHILLIP A. TALBERT
  United States Attorney

By: */s/ Ann L. Maley*
  ANN L. MALEY
  Special Assistant United States Attorney

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.[1]

DATED: May 26, 2017  /s/ DEBORAH BARNES
  UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.soc sec\wolff1899.stip.eaja.ord

---

[1] In light of the parties' stipulation, plaintiff's April 21, 2017 motion for EAJA fees (ECF No. 23) is denied as having been rendered moot.